UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>BARTON MARK PERLBINDER<br>                     Debtor<br>REPLACEMENT ASSOCIATES, LLC<br>                     Plaintiff<br>v.<br>BARTON MARK PERLBINDER et al<br>                     Defendants | Chapter 11<br><br>Case No.: 8-25-73317-ast<br><br>Adv. Pro. No.: 8-25-08094-ast<br><br>**STIPULATION AND ORDER<br>EXTENDING TIME TO ANSWER** |

IT IS HEREBY STIPULATED AND AGREED by and among

- plaintiff Replacement Associates, LLC; and

- defendants:

    - 210 East 86th Street Corp.,

    - Muffy Flouret as Trustee of the Muffy Flouret 2012 Family Trust and as Trustee of the Mark Perlbinder 2023 Irrevocable Trust,

    - Stephen Perlbinder,

    - Astrid Sabellarosa as Trustee of the Article 4 Trust under ASR 2020 Family Trust and as Trustee of the Stephen Perlbinder 2016 Family Trust F/B/O Astrid Sabellarosa and

    - Andrea Jo Stein as Trustee of the Article 4 Trust under AJS 2020 Family Trust and as Trustee of the Stephen Perlbinder 2016 Trust F/B/O Andrea Jo Stein

that:

WHEREAS, the motion of Muffy Flouret as Trustee of Mark Perlbinder 2023 Irrevocable Trust to dismiss the debtor's Chapter 11 case [Dkt. 14] is scheduled to be heard 10/22/2025;

NOW, THEREFORE, subject to this stipulation being so ordered, the above-named defendants' time under FRBP 9027(g) to answer, or present other defenses or objections under FRCP 12(b) made applicable by FRBP 7012(b), excluding any defense or objection under FRCP 12(b)(5) (insufficient service of process), is hereby extended through 11/05/2025.

Accepted and agreed:

| | |
|---|---|
| Dated: New York, NY<br>      October 1, 2025<br><br>Sills Cummis & Gross P.C.<br><br>/s/ S. Jason Teele<br>S. Jason Teele<br>Mitchell D. Haddad<br>Lori K. Sapir<br>101 Park Avenue<br>28th Floor<br>New York, NY 10178<br>(212) 643-7000<br>steele@sillscummis.com<br>mhaddad@sillscummis.com<br>lsapir@sillscummis.com<br>Attorneys for Plaintiff | Dated: New York, NY<br>      October 1, 2025<br><br>Amini LLC<br><br>/s/ Jeffrey Chubak<br>Jeffrey Chubak<br>131 West 35th Street<br>12th Floor<br>New York, NY 10001<br>(212) 490-4700<br>jchubak@aminillc.com<br>Attorneys for the Nondebtor Defendants |

So ordered:

Dated: October 3, 2025
      Central Islip, New York



_____
      Alan S. Trust
Chief United States Bankruptcy Judge