UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>BARTON MARK PERLBINDER<br>　　　　　　　　　Debtor | Chapter 11<br><br>25-bk-73317-ast |
| REPLACEMENT ASSOCIATES, LLC<br>　　　　　　　　　Plaintiff<br>v.<br>BARTON MARK PERLBINDER et al<br>　　　　　　　　　Defendants | 25-ap-08094-ast |

### DECLARATION OF JEFFREY CHUBAK IN SUPPORT

Jeffrey Chubak hereby declares:

1.　　I am a member of Amini LLC counsel for the nondebtor defendants in this action and submit this declaration in support of their motion to dismiss the amended complaint as against them or alternatively abstain from hearing or equitably remand this action.

2.　　Annexed hereto as exhibits are true and correct copies of the following-described documents:

| Exhibit | Document Description |
|---|---|
| 1 | Lease dated February 19, 2013 |
| 2 | Lease Extension and Modification Agreement dated February 27, 2023 |
| 3 | April 11, 2018 Letter re: First Lease Extension |
| 4 | Initial Complaint |
| 5 | 210 East 86th Street Corp. Derivative Complaint |
| 6 | Affidavit of Astrid Sabellarosa in Derivative Action |
| 7 | Exhibit 3 to Sabellarosa Affidavit (Emails) |
| 8 | Exhibit 6 to Sabellarosa Affidavit (Emails) |
| 9 | Exhibit 7 to Sabellarosa Affidavit (Emails) |
| 10 | eCourts Appearance Detail Webpage for this Action |

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey Chubak