**210 East 86th Street Corp.**
**c/o Perlbinder Realty**
**429 East 52nd Street**
**New York, New York 10022**

April 11, 2018

**Via Federal Express**
Replacement Associates, LLC
210 East 86th Street
New York, New York 10028

**Via Federal Express**
Replacement Associates, LLC
97 New Dorp Lane
Staten Island, New York 10306

      Re:    Lease Agreement dated as of February 28, 2013 (the "Lease")
                Owner: 210 East 86th Street Corp.
                Tenant:    Replacement Associates, LLC
                Premises:   Entire Third Floor and Portion of Fifth Floor
                            210 East 86th Street
                            New York, New York (the "Premises")

Dear Tenant:

We write in furtherance of our notice to you dated March 26, 2018, with regard to the establishment of the Annual Initial First Extension Term Fixed Rent effective as of March 1, 2018 pursuant to the provisions of Section 78.5 of the Lease. Please note that any capitalized term used but not defined in this notice shall have the meaning ascribed to such term in the Lease.

In accordance with the provisions of Section 78.5.2 of the Lease, you are hereby notified that Owner has determined that Annual Initial First Extension Term Fixed Rent, which constitutes the amount of Fixed Rent payable under the Lease effective retroactively as of March 1, 2018, is **$1,474,012.00 per annum ($122,834.33 per month)**.

This calculation is based upon Owner's determination that the aggregate amount of Rents payable during the one (1) year period ending on the last day of the initial term of the Lease (i.e., February 28, 2018) by all of the tenants of the Building who were in occupancy during the Comparison Year, subject to Owner's right to disregard any lease agreements which Owner reasonably believes are not reflective of the current fair market rental value of comparable office space in the Building, is $112.52 per rentable square foot, multiplied by 13,100, constituting the aggregate rentable square footage area of the Premises. Please refer to the chart annexed as Schedule A to this notice for the lease information included in such calculation. Kindly note that Owner has disregarded the five (5) lease agreements which generated Rents of less than $100 per rentable square foot during such one (1) year period in determining Annual Initial First Extension Term Fixed Rent, inasmuch as Owner believes that these five (5) lease agreements do

not accurately reflect the current fair market rental value of office space in the Building which is comparable to the Premises, as provided in Section 78.5.2.

Additionally, in accordance with the provisions of Section 78.5.4 of the Lease, the First Extension Term Rent Increase Factor shall be one hundred three (103%) percent.

Accordingly, the Fixed Rent under the Lease payable for the five (5) year period commencing March 1, 2018 through February 28, 2023 shall be at the following rates:

(i) one million four hundred seventy-four thousand twelve and 00/100 ($1,474,012.00) dollars per annum ($122,834.33 per month) during the one (1) year period commencing March 1, 2018 through and including February 28, 2019;

(ii) one million five hundred eighteen thousand two hundred thirty-two and 20/100 ($1,518,232.20) dollars per annum ($126,519.35 per month) during the one (1) year period commencing March 1, 2019 through and including February 29, 2020;

(iii) one million five hundred sixty-three thousand seven hundred seventy-nine and 16/100 ($1,563,779.16) dollars per annum ($130,314.93 per month) during the one (1) year period commencing March 1, 2020 through and including February 28, 2021;

(iv) one million six hundred ten thousand six hundred ninety-two and 44/100 ($1,610,692.44) dollars per annum ($134,224.37 per month) during the one (1) year period commencing March 1, 2021 through and including February 28, 2022; and

(v) one million six hundred fifty-nine thousand thirteen and 20/100 ($1,659,013.20) dollars per annum ($138,251.10 per month) during the one (1) year period commencing March 1, 2022 through and including February 28, 2023.

Inasmuch as you have paid the sum of $89,417.00 per month as Fixed Rent for the two (2) months of March 2018 and April 2018, you will be billed on your next monthly rent bill for the shortfall of $33,417.33 per month ($66,834.66 in the aggregate) for this period, less any additional amounts paid by you subsequent to the date hereof pursuant to our notice you dated March 26, 2018.

Thank you for your cooperation in this matter.

            Very truly yours,

            210 East 86th Street Corp.

## Schedule A
## Calculation of Annual Initial First Extension
## Term Fixed Rent

**210 East 86th Street**
**New York, New York**
**Annual Rent Roll**
**Office Tenants**

**3-1-17 to 2-28-18**

| Space | Annual Fixed Rent | RET/Water | Total | Sq. Ft. | Rent/RST |
|---|---|---|---|---|---|
| 201 (Basuk) | $144,177.36 | $35,927.54 | $180,104.90 | 1,700 | $105.94/ft. |
| 202 (Bejoian) | 40,219.62 | 5,010.57 | 45,230.19 | 438 | $103.27/ft. |
| 202A (Stat) | 71,749.00 | 14,145.29 | 85,894.29 | 870 | $98.73/ft. |
| 203 (WW) | 155,055.00 | 32,998.21 150.28 | 188,203.49 | 1,846 | $101.95/ft. |
| 3FL – 503/504 (Replacement) | 1,073,004.00[1] | 82,857.79 11,254.03 | 1,167,115.82 | 13,100 | $89.09/ft. |
| 401B (Vanishing Act) | 27,001.00 | – | 27,001.00 | 320 | $84.38/ft. |
| 402 (KRM) | 227,349.22 | 50,077.23 | 277,426.45 | 2,386 | $116.27/ft. |
| 404 (Hanger) | 187,584.24 | 16,958.65 | 204,542.89 | 2,055 | $99.53/ft. |
| 501 (Advantage) | 133,137.00 | 16,773.71 | 149,910.71 | 1,366 | $109.74/ft. |
| 502 (Waters) | 184,596.60 | 27,482.64 110.80 | 212,190.04 | 2,200 | $96.45/ft. |
| 601 (Advantage) | 421,444.00 | 62,611.07 | 484,055.07 | 4,000 | $121.01/ft. |
| 602 (Quest) | 183,368.84 | 17,296.14 | 200,664.98 | 1,762 | $113.88/ft. |
| 603 (603 Ass.) | 122,431.84 | 12,664.18 55.56 | 135,151.58 | 1,251 | $108.03/ft. |
| 604 (Hamm) | 65,772.84 | 6,515.63 | 72,288.47 | 675 | $107.09/ft. |
| 900 (ENT) | 770,867.32 | 83,949.48 648.31 | 855,465.11 | 8,000 | $106.93/ft. |

---

[1] Includes $2,970.00 per month in recurring Additional Rent

| Space | Annual Fixed Rent | RET/Water | Total | Sq. Ft. | Rent/RST |
|---|---|---|---|---|---|
| Basement (Cornell) | $1,409,290.70 | $117,107.43 | $1,526,398.10 | 13,146 | $119.05/ft. |
| Totals: | $5,217,048.58 | $594,594.54 | $5,811,643.12 | 55,115 | $105.45 |
| Totals without Non-representative Leases: | $3,673,113.74 | $441,785.34 | $4,114,899.08 | 36,570 | $112.52 |