



# WebCivil Supreme - Appearance Detail

Court: **New York Supreme Court**
Index Number: **654792/2024**
Case Name: **REPLACEMENT ASSOCIATES, LLC, vs. 210 EAST 86TH STREET CORP. et al**
Case Type: **Comm-Contract**
Track: **Standard**

## Appearance Information:

| Appearance Date | Time | Court Date Purpose | Fully Virtual | Court Date Type | Outcome Type | Justice Part | Remarks | Motion Seq |
|---|---|---|---|---|---|---|---|---|
| 12/11/2025 | 11:15 AM | Motion-Notice of Motion | No | Courtroom | | Moyne, Hon. Nicholas W. 41M | ORAL ARGUMENT - IN PERSON | 3 |
| 12/11/2025 | 11:15 AM | Motion-Notice of Motion | No | Courtroom | | Moyne, Hon. Nicholas W. 41M | ORAL ARGUMENT - IN PERSON | 5 |
| 12/11/2025 | 11:15 AM | Motion-Notice of Motion | No | Courtroom | | Moyne, Hon. Nicholas W. 41M | ORAL ARGUMENT - IN PERSON | 2 |
| 06/27/2025 | 09:30 AM | Motion-Notice of Motion | No | Administrative - No Appearance Required | Adjourned | Moyne, Hon. Nicholas W. SUBMISSION - NO APPEARANCE | SUBMISSIONS ONLY. NO APPEARANCE. PER STIP. NYSCEF DOC. NO. 92 | 5 |
| 05/19/2025 | 09:30 AM | Motion-Notice of Motion | No | Administrative - No Appearance Required | Fully Submitted | Moyne, Hon. Nicholas W. SUBMISSION - NO APPEARANCE | SUBMISSIONS ONLY. NO APPEARANCE. PER STIP. NYSCEF DOC. NO. 91 | 4 |
| 04/25/2025 | 09:30 AM | Motion-Notice of Motion | No | Administrative - No Appearance Required | Adjourned | Moyne, Hon. Nicholas W. SUBMISSION - NO APPEARANCE | ADJOURNED SEE NYSCEF DOC. NO. 92 ADJOURNED SEE NYSCEF DOC. NO. 92 | 5 |
| 04/18/2025 | 09:30 AM | Motion-Notice of Motion | No | Administrative - No Appearance Required | Adjourned | Moyne, Hon. Nicholas W. SUBMISSION - NO APPEARANCE | ADJOURNED SEE NYSCEF DOC. NO. 91 ADJOURNED SEE NYSCEF DOC. NO. 91 | 4 |
| 03/21/2025 | 09:30 AM | Motion-Notice of Motion | No | Administrative - No Appearance Required | Adjourned | Moyne, Hon. Nicholas W. SUBMISSION - NO APPEARANCE | FOR SUBMISSIONS - NO APPEARANCE REQUIRED PER SO-ORDERED STIP. NYSCEF DOC. NO. 67 | 3 |
| 02/06/2025 | 09:30 AM | Motion-Notice of Motion | No | Administrative - No Appearance Required | Adjourned | Moyne, Hon. Nicholas W. SUBMISSION - NO APPEARANCE | FOR SUBMISSIONS - NO APPEARANCE REQUIRED REQUEST (DOC 48) | 3 |
| 01/23/2025 | 09:30 AM | Motion-Notice of Motion | No | Administrative - No Appearance Required | Adjourned | Moyne, Hon. Nicholas W. SUBMISSION - NO APPEARANCE | FOR SUBMISSIONS - NO APPEARANCE REQUIRED | 3 |
| 01/15/2025 | 09:30 AM | Motion-Notice of Motion | No | Administrative - No Appearance Required | Adjourned | Moyne, Hon. Nicholas W. SUBMISSION - NO APPEARANCE | | 2 |
| 12/18/2024 | 11:00 AM | Motion-Order to Show Cause (Initial Application) | No | Courtroom | Fully Submitted | Moyne, Hon. Nicholas W. 41M | ORAL ARGUMENT DIRECTED | 1 |

Close