**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BARTON MARK PERLBINDER,<br><br>                      Debtor. | Case No. 25-bk-73317-AST<br><br>Chapter 11 |
| REPLACEMENT ASSOCIATES, LLC,<br><br>                      Plaintiff,<br><br>   -against-<br><br>210 EAST 86TH STREET CORP., BARTON MARK PERLBINDER, MUFFY FLOURET as Trustee of the MUFFY FLOURET 2013 FAMILY TRUST and as Trustee of the MARK PERLBINDER 2023 IRREVOCABLE TRUST, STEPHEN PERLBINDER, ASTRID SABELLAROSA as Trustee of the ARTICLE 4 TRUST UNDER ASR 2020 FAMILY TRUST and as Trustee of the STEPHEN PERLBINDER 2016 FAMILY TRUST F/B/O ASTRID SABELLAROSA, ANDREA JO STEIN, as Trustee of the ARTICLE 4 TRUST UNDER AJS 2020 FAMILY TRUST and as Trustee of the STEPHEN PERLBINDER 2016 TRUST F/B/O ANDREA JO STEIN,<br><br>                      Defendants | Adv. Pro. No. 25-ap-08094-AST |

## DECLARATION OF S. JASON TEELE IN OPPOSITION TO THE MOTION TO DISMISS OF THE NON-DEBTOR DEFENDANTS

S. Jason Teele declares as follows pursuant to 28 U.S.C. § 1746:

1.     I am a Member of Sills Cummis & Gross P.C., attorneys for plaintiff Replacement Associates, LLC ("Plaintiff" or "Tenant"), and am familiar with the facts and circumstances set forth herein.

2. I submit this Declaration in opposition to the motion to dismiss of the non-debtor defendants, 210 East 86th Street Corp. ("Landlord") and the shareholder-defendants (other than the debtor, Barton Mark Perlbinder) (collectively, the "Shareholders", and together with Landlord, the "Moving Defendants").

3. Annexed hereto as Exhibit A is a copy of the Amended Complaint filed in that certain action titled Replacement Associates, LLC v. 210 East 86 Street Corp., et. al., Index No. 654792/2024 at NYSCEF No. 72, which was removed from the Supreme Court of the State of New York, County of New York to the United States Bankruptcy Court for the Eastern District of New York (the "Removed Action").

4. Annexed hereto as Exhibit B is a copy of the Decision and Order, dated February 4, 2022 (Crane, J.), in that certain action titled Odonata Ltd d/b/a Cowlicks Japan v. Baja 137 LLC, in the Supreme Court of the State of New York, County of New York, Index No. 654257/2021, and entered in the Office of the Clerk of the Supreme Court of the State of New York, County of New York, on February 7, 2022 at NYSCEF No. 78.

5. Annexed hereto as Exhibit C is a copy of the Verified Petition filed in that certain proceeding titled In re Barton Mark Perlbinder, et. al. v. Steven Perlbinder, et al., in the Supreme Court of the State of New York, County of New York, Index No. 155612/2024, and efiled at NYSCEF No. 1.

6. Annexed hereto as Exhibit D is a copy of the Affirmation of Emergency of Adam J. Stein, Esq., dated October 18, 2022, in that certain action titled Steven Perlbinder, et. al. v. Barton Mark Perlbinder, in the Supreme Court of the State of New York, County of New York, Index No. 655732/201, and efiled at NYSCEF No. 62.

7. Annexed hereto as <u>Exhibit E</u> is a copy of the Decision and Order, dated November 5, 2025 and entered in the Office of the Clerk of the Supreme Court of the State of New York, County of New York, on November 7, 2025, in the Removed Action at NYSCEF No. 118, wherein the Supreme Court of the State of New York disposed of the action in its entirety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 19, 2025

                                                  /s/ *S. Jason Teele*
                                                  S. Jason Teele