**EXHIBIT B**

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT:    **HON. MELISSA CRANE**           PART                 **60M**

                                  *Justice*

-------------------------------------------------------------------------X

ODONATA LTD.

                           Plaintiff,

              - v -

BAJA 137 LLC,

                          Defendant.

-------------------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 654257/2021 |
| MOTION DATE | N/A, N/A |
| MOTION SEQ. NO. | 001 002 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66

were read on this motion to/for                    **JUDGMENT - DEFAULT**          .

The following e-filed documents, listed by NYSCEF document number (Motion 002) 67, 68, 69, 70, 71, 72, 73

were read on this motion to/for               **CONSOLIDATE/JOIN FOR TRIAL**     .

Upon the foregoing documents, and for the reasons stated on the record at oral argument on 2/4/22, it is now:

ORDERED that Motion Seq. No. 001 (plaintiff's motion for a default judgment) is withdrawn on the parties' consent; and it is further

ORDERED that Defendant Baja 137 LLC's ("Defendant Baja") cross-motion to dismiss is granted to the extent that the first cause of action (specific performance), second cause of action (breach of contract), third cause of action (breach of the implied covenant of good faith and fair dealing), and fifth cause of action (promissory estoppel), are dismissed. The cross-motion to dismiss is denied with regard to the fourth cause of action for Fraud and/or Fraudulent Inducement. The court notes that Defendant Baja's counsel conceded, on the record, that the fourth cause of action would likely survive dismissal; and it is further

ORDERED that Motion Seq. No. 002 to consolidate this action with the related action, *Baja 137 LLC v. Angel Nieves et al*, Index No. 656087/2021 (the "Related Baja Action"), is denied. Upon further review, true consolidation is not possible here because plaintiffs and defendants would be on both sides of the caption; and it is further

ORDERED that Defendant Baja is directed to file an answer to the surviving portion of the complaint in this action within 20 days of the court's entry of this order on NYSCEF. The

court notes that it has granted Motion Seq. No. 001 in the Related Baja Action in a separate order (*see* 2/4/22 order resolving MS 01 in Index No. 656087/2021) and the Related Baja Action is dismissed pursuant to CPLR 3211 (a) (4). Accordingly, Defendant Baja may assert its affirmative claims from the dismissed Related Baja Action as counterclaims (and/or third-party claims, as may be appropriate) in its responsive pleading in this case. Any third-party summons/complaint must also be served within 20 days of the court's entry of this order on NYSCEF; and it is further

ORDERED that the compliance conference previously scheduled for 2/16/22 at 10:30 a.m. is adjourned to 5/2/22 at 10:30 a.m. The compliance conference will be held via Microsoft Teams; and it is further

ORDERED that all other discovery deadlines set in the court's January 18, 2022 Preliminary Conference Order (NYSCEF Doc. No. 75) remain in effect; and it is further

ORDERED that all dates are final and counsel may not stipulate to adjourn or extend any deadline set by the court. Discovery disputes must be timely raised in accordance with Part Rule 8 (A), otherwise those disputes will be waived. Counsel are reminded that pre-motion conferences are required and there is no stay of discovery pending motion practice.

|  2/4/2022 | | | | |
| DATE | | | MELISSA CRANE, J.S.C. | |
| CHECK ONE: | | CASE DISPOSED | X NON-FINAL DISPOSITION | |
| | | GRANTED | DENIED | X GRANTED IN PART | OTHER |
| APPLICATION: | | SETTLE ORDER | SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | FIDUCIARY APPOINTMENT | REFERENCE |

654257/2021   ODONATA LTD. vs. BAJA 137 LLC
Motion No.  001 002

Page 2 of 2

2 of 2