# EXHIBIT E

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

**PRESENT:** **HON. NICHOLAS W. MOYNE** ***Justice*** **PART** **41M**

---------------------------------------------------------------------------------X

REPLACEMENT ASSOCIATES, LLC,

Plaintiff,

- v -

210 EAST 86TH STREET CORP., BARTON MARK PERLBINDER, MUFFY FLOURET, STEPHEN PERLBINDER, ASTRID SABELLAROSA, ANDREA JO STEIN

Defendant.

---------------------------------------------------------------------------------X

**INDEX NO.** 654792/2024

**MOTION DATE** 11/22/2024, 11/22/2024, 03/28/2025, 04/01/2025

**MOTION SEQ. NO.** 002 003 004 005

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 002) 7, 8, 9, 10, 11, 12, 13, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 83

were read on this motion to/for DISMISS.

The following e-filed documents, listed by NYSCEF document number (Motion 003) 14, 15, 16, 17, 18, 19, 20, 48, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 66, 67, 70, 77, 78

were read on this motion to/for DISMISSAL.

The following e-filed documents, listed by NYSCEF document number (Motion 004) 79, 80, 81, 82, 91, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104

were read on this motion to/for DISMISS.

The following e-filed documents, listed by NYSCEF document number (Motion 005) 84, 85, 86, 87, 88, 89, 90, 92, 105, 106, 107, 108, 109, 110, 111, 112, 113, 115

were read on this motion to/for DISMISS.

Upon the foregoing documents, it is

In accordance with the Notice of Removal, dated September 29, 2025, plaintiff has removed the above-entitled action to the United States Bankruptcy Court for the Eastern District of New York (NYSCEF Doc. No. 117). Considering, the pending motions and the action may be marked disposed.

This constitutes the decision and order of the court.

Motion Sequence 002:

11/5/2025
DATE

NICHOLAS W. MOYNE, J.S.C.

| | | | | | | |
|---|---|---|---|---|---|---|
| CHECK ONE: | X | CASE DISPOSED | | NON-FINAL DISPOSITION | | |
| | | GRANTED | DENIED | GRANTED IN PART | X | OTHER |
| APPLICATION: | | SETTLE ORDER | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | | REFERENCE |

Motion Sequence 003:

11/5/2025
DATE

NICHOLAS W. MOYNE, J.S.C.

| | | | | | | |
|---|---|---|---|---|---|---|
| CHECK ONE: | X | CASE DISPOSED | | NON-FINAL DISPOSITION | | |
| | | GRANTED | DENIED | GRANTED IN PART | X | OTHER |
| APPLICATION: | | SETTLE ORDER | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | | REFERENCE |

Motion Sequence 004:

11/5/2025
DATE

NICHOLAS W. MOYNE, J.S.C.

| | | | | | | |
|---|---|---|---|---|---|---|
| CHECK ONE: | X | CASE DISPOSED | | NON-FINAL DISPOSITION | | |
| | | GRANTED | DENIED | GRANTED IN PART | X | OTHER |
| APPLICATION: | | SETTLE ORDER | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | | REFERENCE |

Motion Sequence 005:

11/5/2025
DATE

NICHOLAS W. MOYNE, J.S.C.

| | | | | | | |
|---|---|---|---|---|---|---|
| CHECK ONE: | X | CASE DISPOSED | | NON-FINAL DISPOSITION | | |
| | | GRANTED | DENIED | GRANTED IN PART | X | OTHER |
| APPLICATION: | | SETTLE ORDER | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | | REFERENCE |