UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:

Barton Mark Perlbinder,

                             Debtor.

-----------------------------------------------------------------------x

Replacement Associates, LLC,

                             Plaintiff,

v.

Barton Mark Perlbinder, 210 East 86th Street Corp.,
Muffy Flouret, as Trustee of the Muffy Flouret 2012
Family Trust and as Trustee of the Mark Perlbinder
2023 Irrevocable Trust, Stephen Perlbinder,
Astrid Sabellarosa as Trustee of the Article 4 Trust
under ASR 2020 Family Trust and as Trustee of the
Stephen Perlbinder 2016 Family Trust F/B/O Astrid
Sabellarosa and Andrea Jo Stein, as Trustee of the Article
4 Trust under AJS 2020 Family Trust and as Trustee of
the Stephen Perlbinder 2016 Trust F/B/O Andrea Jo
Stein,

                             Defendants.

-----------------------------------------------------------------------x
Barton Mark Perlbinder,

                             Plaintiff,

v.

Muffy Flouret, Solely in her capacity as Trustee of
The Mark Perlbinder 2023 Irrevocable Trust,
Muffy Flouret, Solely in her capacity as Trustee of
The Mark Perlbinder 2023 Investment Trust, and
Xavier Flouret, Solely in his capacity as Trustee
of the BMDGP 2023 Trust,

                             Defendants.

-----------------------------------------------------------------------x

Chapter 11

Case No. 25-73317-spg

Adv. Pro. No. 25-8094-spg

Adv. Pro. No. 25-8098-spg

Replacement Associates, LLC,

                        Plaintiff,

v.                                                                                Adv. Pro. No. 25-8101-spg

Barton Mark Perlbinder,

                        Defendant.
-----------------------------------------------------------------------x

## OMNIBUS ORDER SCHEDULING STATUS HEARING
## IN CHAPTER 11 CASE AND RELATED ADVERSARY PROCEEDINGS

Barton Mark Perlbinder (the "Debtor") having filed a petition for relief under chapter 11, title 11, United States Code (the "Bankruptcy Code") on August 28, 2025 [ECF No.1]; and the Debtor's case having been assigned to Chief Judge Alan S. Trust; and a Notice of Removal of Adversary Proceeding No. 25-8094 having been filed on September 29, 2025 [ECF No. 17], and Adversary Proceeding No. 25-8098 having been filed on October 7, 2025 [ECF No. 23], and Adversary Proceeding No. 25-8101 having been filed on October 10, 2025 [ECF No. 27] (collectively, the "Adversary Proceedings"); and upon the Order dated November 26, 2025 reassigning the Debtor's chapter 11 case and the Adversary Proceedings to Judge Sheryl P. Giugliano [ECF No. 47]; now therefor, it is hereby

**ORDERED**, that a status hearing ("Hearing") will be held before Judge Sheryl P. Giugliano on **January 6, 2026** at **3:00 p.m**. in Courtroom 860, at the Alfonse D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722.  At the Hearing, the Court will schedule hearing dates for fully briefed motions pending in the Debtor's case and the Adversary Proceedings, and will fix briefing schedules to the extent required in any remaining motions in the Debtor's case and the Adversary Proceedings; and it is further

**ORDERED,** that on or before December 15, 2025, the Clerk of the Court shall cause a copy of this Order to be served upon the U.S. Trustee, counsel to the Debtor, counsel to the

plaintiffs and defendants in the Adversary Proceedings, all creditors and parties filing a notice of appearance on the Debtor's case and the Adversary Proceedings.

Dated: Central Islip, New York
December 11, 2025



_____
Sheryl P. Giugliano
United States Bankruptcy Judge